BANNING MICKLOW BULL & LOPEZ LLP
Edward M. Bull III, SBN 141996
Eugene A. Brodsky, SBN 36691
Jennifer L. Fiore, SBN 203618
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
GILBERTO RODRIGUEZ


COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Richard C. Wootton, SBN 88390
Galin Luk, SBN 199728
190 The Embarcadero
San Francisco, California 94105
Telephone: (415) 438-4600
Facsimile: (415) 438-4601

Attorneys for Defendants
PACIFIC CHOICE SEAFOOD, INC.
and F/V SEA PRINCESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO RODRIGUEZ, | CASE NO. C 04-4038 JSW (ARB) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| vs. | |
| PACIFIC CHOICE SEAFOOD, INC., *in personam*, and F/V SEA PRINCESS, Official No. 630024, its engines, tackle, apparel, furniture, etc., *in rem*, | |
| Defendants. | |

Plaintiff, Gilberto Rodriguez, and defendants, Sea Pacific, LLC and the F/V SEA PRINCESS, by and through their counsel of record hereby stipulate to participate in private mediation. The parties plan to select a mediator after the

---

1

parties serve their initial disclosures and conduct an initial round of discovery, if necessary.

The parties hereby stipulate and respectfully request that they be relieved of participating in the court's arbitration program.

IT IS SO STIPULATED.

Dated: May 5, 2005        BANNING MICKLOW BULL & LOPEZ LLP

                          By: /S/ Jennifer L. Fiore
                              EDWARD M. BULL, III
                              EUGENE A. BRODSKY
                              JENNIFER L. FIORE
                              Attorneys for Plaintiff
                              GILBERTO RODRIGUEZ

Dated: May 5, 2005        COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

                          By: /S/ Galin Luk
                              RICHARD C. WOOTTON
                              GALIN LUK
                              Attorneys for Defendants
                              Sea Princess LLC and F/V SEA PRINCESS

**PURSUANT TO STIPULATION IT IS ORDERED THAT:**

The parties engage in private mediation. The parties are relieved of participating in court-ordered arbitration.

Dated: May 9, 2005        /s/ Jeffrey S. White
                          THE HONORABLE JEFFREY S. WHITE
                          UNITED STATES DISTRICT JUDGE