| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Max Kelley (SBN 205943) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| 6 | Attorneys for Defendants |
| | PACIFIC CHOICE SEAFOOD, INC., |
| | SEA PRINCESS, LLC and the |
| 7 | F/V SEA PRINCESS |
| 8 | **BANNING MICKLOW BULL** |
| | **& LOPEZ, LLP** |
| 9 | Edward M. Bull, III (SBN 141996) |
| | Eugene A. Brodsky (SBN 36691) |
| 10 | Jennifer L. Fiore (SBN 203618) |
| | One Market Street |
| 11 | Steuart Tower, Suite 1440 |
| | San Francisco, CA 94105 |
| 12 | Telephone: (415) 399-9191 |
| | Facsimile: (415) 399-9192 |
| 13 | |
| 14 | Attorneys for Plaintiff |
| | GILBERTO RODRIGUEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO RODRIGUEZ | Case No.: C 04-4038 JSW ARB |
| Plaintiff, | **STIPULATION AND** |
| v. | **[PROPOSED] ORDER TO** |
| | **CONTINUE DISCOVERY** |
| PACIFIC CHOICE SEAFOOD, INC., *in personam*, SEA PRINCESS, LLC and the F/V SEA PRINCESS, Official No. 630024, its engines, tackle, apparel, furniture, etc., *in rem*, | **CUTOFFS** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that ***good cause*** exists to continue the following discovery deadlines:

-1-

Case No. C 04-4038 JSWL ARB

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFFS

1. Close of Non-expert Discovery: currently set for October 3, 2005, to be continued until *December 16, 2005*;

2. Last Day for Expert Disclosures: currently set for October 18, 2005, to be continued until *December 21, 2005*; and

3. Last Day for Expert Discovery: currently set for November 2, 2005, to be continued until *January 20, 2006*.

*The requested continuances will have no effect on the trial date, pretrial filing dates, the Pretrial Conference date or any other deadlines already imposed by the Court.* The parties submit that the requested continuances are in the interests of justice based upon the following:

1. The parties appeared before this Court on May 17, 2005 for the Initial Case Management Conference. At that time, the Court set the following schedule:

- Trial Date: February 27, 2006
- Pretrial Conference: February 13, 2006
- Last Day to Hear Dispositive Motions: December 16, 2005
- Last Day for Expert Discovery: November 2, 2005
- Last Day for Expert Disclosure: October 18, 2005
- Close of Non-expert Discovery: October 3, 2005.

2. The parties request the extension of the discovery deadlines in order to have more time to conduct the necessary discovery. It is counsels' experience that in cases such as this one involving a plaintiff who is a seaman, and potential witnesses who are seamen, more time is needed to schedule interviews and depositions because they are often working at sea and therefore unavailable for extended periods of time.

///
///
///
///
///

-2-　　　　Case No. C 04-4038 JSWL ARB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFFS

3. The requested continuances are in the interests of justice and will provide the parties with adequate time to prepare their cases for trial should the case not settle at mediation.

Dated: June 28, 2005

BANNING MICKLOW BULL & LOPEZ
Attorneys for Plaintiff, GILBERTO RODRIGUEZ

By: _____
Edward M. Bull

Dated: June 28, 2005

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendants PACIFIC CHOICE SEAFOOD, INC., SEA PRINCESS, LLC and the F/V SEA PRINCESS

By: _____
Terence S. Cox
Max L. Kelley

**PURSUANT TO STIPULATION IT IS ORDERED THAT:**

The Close of Non-expert Discovery is continued to December 16, 2005

The Last Day for Expert Disclosures is continued to December 21, 2005

The Last Day for Expert Discovery is January 20, 2006

Dated: July 11, 2005      By: /s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Court Judge

-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFFS       Case No. C 04-4038 JSWL ARB

JUN-28-2005 13:16 415+439+4691 97% P.04
TOTAL P.02