1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Terence S. Cox (SBN 076142)
   Max Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Defendants
6  PACIFIC CHOICE SEAFOOD, INC.,
   SEA PRINCESS, LLC and the
7  F/V SEA PRINCESS

8  **BANNING MICKLOW BULL**
   **& LOPEZ, LLP**
9  Edward M. Bull, III (SBN 141996)
   Eugene A. Brodsky (SBN 36691)
10 Jennifer L. Fiore (SBN 203618)
   One Market Street
11 Steuart Tower, Suite 1440
   San Francisco, CA 94105
12 Telephone: (415) 399-9191
   Facsimile: (415) 399-9192
13
   Attorneys for Plaintiff
14 GILBERTO RODRIGUEZ

15

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18

19 GILBERTO RODRIGUEZ                    )   Case No.: C 04-4038 JSW ARB
                                          )
20          Plaintiff,                    )   **STIPULATION AND**
                                          )   **[PROPOSED] ORDER TO**
21     v.                                 )   **CONTINUE MEDIATION**
                                          )
22 PACIFIC CHOICE SEAFOOD, INC., *in*     )
   *personam,* SEA PRINCESS, LLC and the  )
23 F/V SEA PRINCESS, Official No. 630024, )
   its engines, tackle, apparel, furniture, etc., )
24 *in rem,*                              )
                                          )
25          Defendants.                   )
   _____)

26     IT IS HEREBY STIPULATED by and between the parties to this action, through

27 their respective counsel, that ***good cause*** exists to continue the deadline for the parties to

28 complete private mediation.

COX, WOOTTON,
GRIFFIN, HANSEN, &
POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PCS.Rodriguez

The parties request that the Court extend the deadline for the completion of Mediation from August 19, 2005 until October 15, 2005.

***The requested continuance will have no effect on the trial date, pretrial filing dates, the Pretrial Conference date or any other deadlines already imposed by the Court.*** The parties submit that the requested continuance is in the interests of justice based upon the following:

1.       The parties appeared before this Court on May 13, 2005 for the Initial Case Management Conference. At that time, the Court ordered that the parties participate in and complete private mediation by August 19, 2005.

2.       The parties have already obtained permission from this Court to extend the time to complete necessary discovery to October 3, 2005. Judge White signed the parties' Stipulation and Order to that effect on July 11, 2005. At that time they overlooked the need to also extend the time to complete mediation. The additional extension of the mediation deadline will allow the parties to complete the necessary discovery to properly prepare their cases for a meaningful mediation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Case No. C 04-4038 JSWL ARB

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

3. The requested continuance is in the interests of justice and will provide the parties with adequate time to prepare their cases for trial should the case not settle at mediation.

Dated: July 27, 2005

BANNING MICKLOW BULL & LOPEZ
Attorneys for Plaintiff, GILBERTO RODRIGUEZ

By: _____/s/_____
Edward M. Bull
Jennifer L. Fiore

Dated: July 27, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants PACIFIC CHOICE SEAFOOD, INC., SEA PRINCESS, LLC and the F/V SEA PRINCESS

By _____
Terence S. Cox
Max L. Kelley

**PURSUANT TO STIPULATION IT IS ORDERED THAT**:

The parties shall participate in private mediation to be completed by October 15, 2005.

Dated: August 1, 2005         By: _____
The Honorable Jeffrey S. White
United States District Court Judge

COX, WOOTTON,
GRIFFIN, HANSEN, &
POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PCS.Rodriguez

-3-                                                Case No. C 04-4038 JSWL ARB
STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION