IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERTO RODRIGUEZ,

    Plaintiff,

v.

PACIFIC CHOICE SEAFOOD, et al.

    Defendants.

No. C 04-04038 JSW

**ORDER REQUIRING STATUS REPORT**

On August 2, 2005, this Court issued an Order extending the deadline for the parties to complete mediation to October 15, 2005. There has been no further activity in this case since that date.

Accordingly, the Court HEREBY ORDERS the parties to submit a Joint Status Report by December 30, 2005.

**IT IS SO ORDERED.**

Dated: December 19, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE