```
 1  COX, WOOTTON, GRIFFIN,
    HANSEN & POULOS, LLP
 2  Terence S. Cox (SBN 076142)
    Max Kelley (SBN 205943)
 3  190 The Embarcadero
    San Francisco, CA 94105
 4  Telephone No.: 415-438-4600
    Facsimile No.: 415-438-4601
 5
    Attorneys for Defendants
 6  PACIFIC CHOICE SEAFOOD, INC.,
    SEA PRINCESS, LLC and the
 7  F/V SEA PRINCESS

 8  BANNING MICKLOW BULL
    & LOPEZ, LLP
 9  Edward M. Bull, III (SBN 141996)
    Eugene A. Brodsky (SBN 36691)
10  Jennifer L. Fiore (SBN 203618)
    One Market Street
11  Steuart Tower, Suite 1440
    San Francisco, CA 94105
12  Telephone: (415) 399-9191
    Facsimile: (415) 399-9192
13
    Attorneys for Plaintiff
14  GILBERTO RODRIGUEZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC CHOICE SEAFOOD, INC., *in personam*, SEA PRINCESS, LLC and the F/V SEA PRINCESS, Official No. 630024, its engines, tackle, apparel, furniture, etc., *in rem*, <br><br> Defendants. | Case No.: C 04-4038 JSW ARB <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE CASE MANAGEMENT ORDER DATES** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that ***good cause*** exists to continue the following discovery, mediation, dispositive motion and trial dates:

-1-
Case No. C 04-4038 JSWL ARB
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT ORDER DATES

1. Close of Non-expert Discovery: currently set for December 16, 2005, to be continued until **February, 20, 2006**;

2. Mediation to be completed by **March 20, 2006;**

3. Last day for filing dispositive motions: **March 31, 2006**.

4. Last day for Expert Disclosures: currently set for December 21, 2005, to be continued until **April 24, 2006**; and

5. Last day for Expert Discovery: currently set for November 2, 2005, to be continued until **May 26, 2006**.

6. ***The parties also request a continuance of the trial date, currently set for February 27, 2006 until a date convenient to the Court after June 19, 2006, as well as the pretrial filing dates, and the Pretrial Conference date.*** The parties submit that the requested continuances are in the interests of justice based upon the following:

7. The parties request the extension of the mediation, discovery, dispositive motion and trial dates in order to have more time to conduct the necessary discovery and properly prepare for trial. As set forth in the attached declarations of counsel, the parties have recently met and conferred on the progress of this case and have agreed that it is in the parties' best interests to continue these dates for the following reasons.

8. Plaintiff's medical status is not yet resolved, however, after attempting to work the majority of this crab season, he will be evaluated by a RSD (reflex-sympathetic-dystrophy) specialist in San Francisco in late February. Only after that evaluation will counsel be able to properly evaluate the plaintiff's damages, including past and future economic loss, future medical specials and his general damages considering residual symptoms. After that evaluation, the parties will be able to prepare for a mediation in March. The parties have agreed to use Jerry Spolter as the mediator for this case.

9. Counsel for both parties have been extremely busy with multiple trials through the months of September, October, November and December.

10. Defendant's counsel, Mr. Cox, recently tried two cases (*Townsend, et al. v. Osprey Boat Company and Boat and Motor Mart,* SFSC Case No. CGC 04-433130 and

1 | *Arispe v. Timmer, et al.* U.S.D.C., ND (SF) Case No. C 03-4269 CRB), back-to-back, which
2 | lasted from the second week of September through the end of November.

3 |     11.    Plaintiff's counsel, Mr. Bull, also recently tried two cases, back-to-back,
4 | from the end of October through the beginning of December (*Arispe v. Timmer, et al.*
5 | U.S.D.C., ND (SF) Case No. C 03-4269 CRB and *Fechtig v. Sea Pacific, Inc., et al.*,
6 | U.S.D.C., ND (San Francisco) No. C 03 4056 JL).

7 |     12.    The preparation for, participation in and post-trial work involved in the
8 | above cases made it impossible for each parties' counsel to conduct the discovery in this
9 | case in conformance with the Court's July 11 Order.

10 |     13.    However, despite counsels' trial schedules, the parties have been able to
11 | complete the following discovery in this case on multiple trips to the Eureka/Crescent City
12 | area:

- Deposed the plaintiff;
- Deposed the vessel captain;
- Deposed all four of plaintiff's medical providers: Drs. G. Duncan, M. Palmer and P. Dodgen and Melissa McKenzie.

17 |     14.    The requested continuances are in the interests of justice and will provide the
18 | parties with adequate time to realistically explore settlement at a mediation in March, 2006
19 | and in the event that the mediation is not successful, prepare their cases for trial should the
20 | case not settle at mediation.

Dated: December 28, 2005

BANNING MICKLOW BULL & LOPEZ
Attorneys for Plaintiff, GILBERTO RODRIGUEZ

By: _____/s/_____
      Edward M. Bull III

COX, WOOTTON,
GRIFFIN, HANSEN, &
POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PCS.Rodriguez

-3-    Case No. C 04-4038 JSWL ARB
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT ORDER DATES

| | |
|---|---|
| Dated: December 28, 2005 | COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP<br>Attorneys for Defendants PACIFIC CHOICE SEAFOOD, INC., SEA PRINCESS, LLC and the F/V SEA PRINCESS |

By: _____/s/ Max L. Kelley_____
　　　Terence S. Cox
　　　Max L. Kelley

**PURSUANT TO STIPULATION IT IS ORDERED THAT:**

The Close of Non-expert Discovery is continued to February 20, 2006;

The Last Day for Expert Disclosures is continued to April 24, 2006;

The Last Day for Expert Discovery is May 26, 2006;

Mediation is to be completed by March 20, 2006;

The Last Day ~~for filing~~ to hear Dispositive Motions is May 5, 2006;

The Trial Date is continued until July 31, 2006 at 8:30 a.m.
The Pretrial Conference is continued until July 3, 2006 at 2:00 p.m. All of the pretrial filings shall be due no later than two weeks before the Pretrial Conference.

Dated: January 3, 2006　　　　By: _____/s/ Jeffrey S. White_____
　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　United States District Court Judge