| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Max Kelley (SBN 205943) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendants |
| 6 | PACIFIC CHOICE SEAFOOD, INC., |
| | SEA PRINCESS, LLC and the |
| 7 | F/V SEA PRINCESS |
| 8 | **BANNING MICKLOW BULL** |
| | **& LOPEZ, LLP** |
| 9 | Edward M. Bull, III (SBN 141996) |
| | Eugene A. Brodsky (SBN 36691) |
| 10 | Jennifer L. Fiore (SBN 203618) |
| | One Market Street |
| 11 | Steuart Tower, Suite 1440 |
| | San Francisco, CA 94105 |
| 12 | Telephone: (415) 399-9191 |
| | Facsimile: (415) 399-9192 |
| 13 | |
| | Attorneys for Plaintiff |
| 14 | GILBERTO RODRIGUEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERTO RODRIGUEZ | ) | Case No.: C 04-4038 JSW ARB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER TO** |
| v. | ) | **CONTINUE THE TRIAL DATE** |
| | ) | |
| PACIFIC CHOICE SEAFOOD, INC., *in* | ) | |
| *personam,* SEA PRINCESS, LLC and the | ) | |
| F/V SEA PRINCESS, Official No. 630024, | ) | |
| its engines, tackle, apparel, furniture, etc., | ) | |
| *in rem,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that ***good cause*** exists to continue the trial date in this matter for the following reasons:

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE

Case No. C 04-4038 JSWL ARB

1. **The parties request a continuance of the trial date, currently set for July 31, 2006 until a date convenient to the Court on or after August 28, 2006, as well as the pretrial filing dates, and the Pretrial Conference date.** The parties submit that the requested continuances are in the interests of justice based upon the following:

2. On December 28, 2005, counsel for the parties in this matter submitted a Stipulation and Proposed Order to Continue the Case Management Order Dates.

3. On January 3, 2006, the Court signed the Proposed Order, continuing the trial date from February 27, 2006 to July 31, 2006, as well as other dates. A copy of that Order is attached as **Exhibit 1** to the concurrently filed Declaration of Terence S. Cox.

4. After noting the new trial date set by the Court of July 31, 2006, both counsel checked their calendars and found that the trial date conflicted with already scheduled vacations.

5. As set forth in the concurrently filed declarations of counsel, the parties request the extension of the trial dates because plaintiff's counsel will be on a scheduled vacation from July 1 through July 15, 2006, and defense counsel will also be on vacation out of the country celebrating his 15th wedding anniversary from July 24 through August 4, 2006.

Dated: January 31, 2006

BANNING MICKLOW BULL & LOPEZ
Attorneys for Plaintiff, GILBERTO RODRIGUEZ

By: /s/
Edward M. Bull III

Dated: January 31, 2006

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendants PACIFIC CHOICE SEAFOOD, INC., SEA PRINCESS, LLC and the F/V SEA PRINCESS

By: /s/ Max L. Kelley
Terence S. Cox
Max L. Kelley

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

PCS.Rodriguez

-2-    Case No. C 04-4038 JSWL ARB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE

**PURSUANT TO STIPULATION IT IS ORDERED THAT:**

The Trial Date is continued until <u>September 11, 2006 at 8:30 a.m.</u>

The Pretrial Conference Date is continued until <u>August 21, 2006 at 2:00 p.m.</u>

All of the pretrial filings shall be due no later than two weeks before the Pretrial conference.

Dated: <u>February 1, 2006</u>    By: _____
The Honorable Jeffrey S. White
United States District Court Judge

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

PCS.Rodriguez

-3-   Case No. C 04-4038 JSWL ARB
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE TRIAL DATE