**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Max Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
PACIFIC CHOICE SEAFOOD, INC.,
SEA PRINCESS, LLC and the
F/V SEA PRINCESS

**BANNING MICKLOW & BULL, LLP**
Edward M. Bull, III (SBN 141996)
Eugene A. Brodsky (SBN 36691)
One Market Street
Steuart Tower, Suite 1440
San Francisco, CA 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
GILBERTO RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO RODRIGUEZ<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC CHOICE SEAFOOD, INC., *in personam,* SEA PRINCESS, LLC and the F/V SEA PRINCESS, Official No. 630024, its engines, tackle, apparel, furniture, etc., *in rem,*<br><br>Defendants. | Case No.: C 04-4038 JSW ARB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DATE PRETRIAL PLEADINGS ARE DUE** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that *good cause* exists to continue the date that the pretrial pleadings in this matter are due for the following reasons:

1. The parties request that the date for submission of the pretrial pleadings required under the Court's Standing Orders be continued from August 7, 2006 (two weeks before the pretrial conference) to August 14, 2006 (one week before the pretrial conference).

2. On February 1, 2006 this Court entered an Order affirming the parties' Stipulation and Proposed Order continuing the Trial and Pretrial Conference dates. A true and correct copy of that Order is attached as **Exhibit 1**.

3. The Order stated that "[a]ll of the pretrial filings shall be due no later than two weeks before the pretrial conference." *See* Exhibit 1, at page 3, line 4.

4. The two-week time period between the submission of the pretrial filings and the pretrial conference was an inadvertent mistake of counsel. Both counsel for the parties actually meant that the pretrial filings be submitted *one week* before the pretrial conference, ***consistent with this Court's Standing Orders***.

5. As counsel for the parties have been preparing for trial, they have been laboring under the assumption that their pretrial filings would be due one week before the pretrial conference.

6. Allowing the pretrial filings to be submitted on August 14, 2006, one week before the pretrial conference would be consistent with the Court's Standing Orders and should not result in any inconvenience to the Court.

Dated: August 2, 2006

BANNING MICKLOW & BULL, LLP
Attorneys for Plaintiff, GILBERTO RODRIGUEZ

By: /s/
Edward M. Bull III

Dated: August 2, 2006

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendants PACIFIC CHOICE SEAFOOD, INC., SEA PRINCESS, LLC and the F/V SEA PRINCESS

By: /s/ Max L. Kelley
Max L. Kelley

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

1 **PURSUANT TO STIPULATION IT IS ORDERED THAT:**

2 All of the pretrial filings shall be due August 14, 2006.

3 The Court FURTHER ORDERS that the Pretrial Conference is CONTINUED to September 5, 2006 at 2:00 p.m. and the Trial is CONTINUED to September 25 at 8:30 a.m.

4

5 Dated: August 3, 2006      By: _____ Jeffrey S White _____

6                              The Honorable Jeffrey S. White
                               United States District Court Judge

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

PCS.Rodriguez

-3-        Case No. C 04-4038 JSWL ARB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL FILINGS DUE DATE