| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Max Kelley (SBN 205943) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendants |
| 6 | PACIFIC CHOICE SEAFOOD, INC., |
| | SEA PRINCESS, LLC and the |
| 7 | F/V SEA PRINCESS |
| 8 | **BANNING MICKLOW & BULL, LLP** |
| | Edward M. Bull, III (SBN 141996) |
| 9 | Eugene A. Brodsky (SBN 36691) |
| | One Market Street |
| 10 | Steuart Tower, Suite 1440 |
| | San Francisco, CA 94105 |
| 11 | Telephone: (415) 399-9191 |
| | Facsimile: (415) 399-9192 |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | GILBERTO RODRIGUEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERTO RODRIGUEZ | ) | Case No.: C 04-4038 JSW ARB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** ORDER DENYING |
| | ) | **[PROPOSED] ORDER TO** REQUEST TO |
| v. | ) | **CONTINUE THE DATE** |
| | ) | **PRETRIAL PLEADINGS ARE** |
| PACIFIC CHOICE SEAFOOD, INC.,  *in* | ) | **DUE** |
| *personam*, SEA PRINCESS, LLC and the | ) | |
| F/V SEA PRINCESS, Official No. 630024, | ) | |
| its engines, tackle, apparel, furniture, etc., | ) | Pretrial Conference: Sept. 5, 2006 |
| *in rem*, | ) | TRIAL: September 25, 2006 |
| | ) | |
| Defendants. | ) | Hon. Jeffrey S. White |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action, through

their respective counsel, that ***good cause*** exists to continue the date that the pretrial

pleadings in this matter are due for the following reasons:

-1- Case No. C 04-4038 JSWL ARB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL FILINGS DUE DATE

1. The parties request that the date for submission of the pretrial pleadings required under the Court's Standing Orders be continued from August 14, 2006 (approximately three weeks before the pretrial conference) to August 22, 2006 (two weeks before the pretrial conference).

2. On August 3, 2006 this Court entered an Order affirming the parties' Stipulation and Proposed Order continuing date the parties' pretrial filings are due until August 14, 2006. The Court also continued the Trial and Pretrial Conference dates until September 25 and September 5, respectively. A true and correct copy of that Order is attached as **Exhibit 1**.

3. The parties request that the pretrial filings be submitted *two weeks* before the pretrial conference, ***consistent with this Court's revised Standing Orders***.

4. The parties are currently actively attempting to settle this matter. Allowing the pretrial filings to be submitted on August 22, 2006, two weeks before the pretrial conference, will enable the parties to concentrate their efforts on settlement, would be consistent with the Court's revised Standing Orders and should not result in any undue inconvenience to the Court.

Dated: August 10, 2006       BANNING MICKLOW & BULL, LLP
                             Attorneys for Plaintiff, GILBERTO
                             RODRIGUEZ


                             By: _____/s/_____
                                   Edward M. Bull III


Dated: August 10, 2006       COX, WOOTTON, GRIFFIN,
                             HANSEN & POULOS, LLP
                             Attorneys for Defendants PACIFIC CHOICE
                             SEAFOOD, INC., SEA PRINCESS, LLC and
                             the F/V SEA PRINCESS


                             By: _____/s/_____
                                   Max L. Kelley

1  ~~PURSUANT TO STIPULATION IT IS ORDERED THAT~~:

2  ~~All of the pretrial filings shall be due August 22, 2006~~.

3  The parties' request to continue the pretrial filing deadline is DENIED.

5  Dated: August 10, 2006   By: _____ *Jeffrey S. White* _____
   The Honorable Jeffrey S. White
6  United States District Court Judge

COX, WOOTTON,
GRIFFIN, HANSEN, &
POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PCS.Rodriguez

-3-                                                                    Case No. C 04-4038 JSWL ARB
STIPULATION AND [~~PROPOSED~~] ORDER ~~TO CONTINUE PRETRIAL FILINGS DUE DATE~~