| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Max Kelley (SBN 205943) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for Defendants |
| 6 | PACIFIC CHOICE SEAFOOD, INC., |
| | SEA PRINCESS, LLC and the |
| 7 | F/V SEA PRINCESS |
| 8 | **BANNING MICKLOW & BULL, LLP** |
| | Edward M. Bull, III (SBN 141996) |
| 9 | Eugene A. Brodsky (SBN 36691) |
| | One Market Street |
| 10 | Steuart Tower, Suite 1440 |
| | San Francisco, CA 94105 |
| 11 | Telephone: (415) 399-9191 |
| | Facsimile: (415) 399-9192 |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | GILBERTO RODRIGUEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO RODRIGUEZ | Case No.: C 04-4038 JSW ARB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE PRETRIAL AND TRIAL DATES FOR 60 DAYS TO FINALIZE SETTLEMENT & DISMISSAL** |
| v. | |
| PACIFIC CHOICE SEAFOOD, INC., *in personam,* SEA PRINCESS, LLC and the F/V SEA PRINCESS, Official No. 630024, its engines, tackle, apparel, furniture, etc., *in rem,* | |
| | Pretrial Conference: Sept. 5, 2006 |
| | TRIAL: September 25, 2006 |
| Defendants. | Hon. Jeffrey S. White |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that *good cause* exists to continue the pretrial and trial dates for 60 days:

-1- Case No. C 04-4038 JSWL ARB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL & TRIAL DATES

1. The parties request that the pretrial and trial dates be continued for sixty (60) days.

2. On August 22, 2006 the parties entered into a settlement agreement encompassing all of the issues in this case.

3. The parties are currently finalizing the settlement documents memorializing the terms of the settlement.

4. The settlement documents should be finalized next week and the defendants should have the settlement funds available to disburse to the plaintiff next week, as well. Once the Settlement Agreement and Release has been executed and the settlement funds have been disbursed, the parties will file a stipulated dismissal with the Court pursuant to Fed. R. Civ. Proc. 41(a)(1).

5. Because the parties have settled this matter in all respects and are in the process of finalizing the settlement, it makes sense to continue the pretrial and trial dates for 60 days to allow the parties to complete the settlement process and file a dismissal.

Dated: August 25, 2006

BANNING MICKLOW & BULL, LLP
Attorneys for Plaintiff, GILBERTO RODRIGUEZ

By: _____/s/_____
Edward M. Bull III

Dated: August 25, 2006

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendants PACIFIC CHOICE SEAFOOD, INC., SEA PRINCESS, LLC and the F/V SEA PRINCESS

By: _____/s/_____
Max L. Kelley

COX, WOOTTON,
GRIFFIN, HANSEN, &
POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

PCS.Rodriguez

1

2  **PURSUANT TO STIPULATION IT IS ORDERED THAT**:

3  All of the pretrial and trial dates are continued for 60 days to allow the parties to finalize the

4  settlement and dismissal. The pretrial conference is CONTINUED to October 23, 2006, at 2:00 p.m. The Court will reset the trial date at the pretrial conference.

5

6

7  Dated: August 28, 2006      By: _____

8                                            The Honorable Jeffrey S. White
                                          United States District Court Judge

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601