**COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Max Kelley (SBN 205943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
PACIFIC CHOICE SEAFOOD, INC.,
SEA PRINCESS, LLC and the
F/V SEA PRINCESS

**BANNING MICKLOW & BULL, LLP**
Edward M. Bull, III (SBN 141996)
Eugene A. Brodsky (SBN 36691)
One Market Street
Steuart Tower, Suite 1440
San Francisco, CA 94105
Telephone: (415) 399-9191
Facsimile: (415) 399-9192

Attorneys for Plaintiff
GILBERTO RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PACIFIC CHOICE SEAFOOD, INC., *in personam*, SEA PRINCESS, LLC and the F/V SEA PRINCESS, Official No. 630024, its engines, tackle, apparel, furniture, etc., *in rem*,<br><br>　　　　Defendants. | Case No.: C 04-4038 JSW ARB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE PRETRIAL AND TRIAL DATES FOR 30 DAYS TO FINALIZE SETTLEMENT & DISMISSAL**<br><br>Pretrial Conference: October 23, 2006<br><br>Hon. Jeffrey S. White |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that ***good cause*** exists to continue the pretrial and trial dates for 30 days:

1. The parties request that the pretrial and trial dates be continued for thirty (30) days.

2. On August 22, 2006 the parties verbally entered into a settlement agreement encompassing all of the issues in this case.

3. The settlement documents were finalized on September 27, 2006 and the defendants should have the settlement funds available to disburse to the plaintiff within two weeks. Once the settlement funds have been disbursed, the parties will file a stipulated dismissal with the Court pursuant to Fed. R. Civ. Proc. 41(a)(1).

4. Because the parties have settled this matter in all respects and are in the process of finalizing the settlement, it makes sense to continue the pretrial and trial dates for 30 days to allow the parties to complete the settlement process and file a dismissal.

Dated: October 16, 2006

BANNING MICKLOW & BULL, LLP
Attorneys for Plaintiff, GILBERTO RODRIGUEZ

By: /s/
Eugene A. Brodsky

Dated: October 16, 2006

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendants PACIFIC CHOICE SEAFOOD, INC., SEA PRINCESS, LLC and the F/V SEA PRINCESS

By: /s/
Max L. Kelley

**PURSUANT TO STIPULATION IT IS ORDERED THAT:**

All of the pretrial and trial dates are continued for 30 days to allow the parties to finalize the

-2-	Case No. C 04-4038 JSWL ARB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL & TRIAL DATES

1 | settlement and dismissal. The pretrial conference is CONTINUED to December 4, 2006 at ~~2:00 p.m.~~

2 | The Court will reset the trial date at the pretrial conference.

5 | Dated: October 16, 2006   By: /s/ Jeffrey S. White

The Honorable Jeffrey S. White
United States District Court Judge

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

PCS.Rodriguez

-3-   Case No. C 04-4038 JSWL ARB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL & TRIAL DATES