IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERTO RODRIGUEZ,

    Plaintiff,

v.

PACIFIC CHOICE SEAFOOD, INC. ET AL,

    Defendant.

No. C 04-04038 JSW

**ORDER**

This matter is set for a pretrial conference on Monday, December 4, 2006. The Court, however, has continued that date several times in light of a pending settlement. The parties are HEREBY ORDERED to appear on December 4, 2006 in the event a dismissal of this action is not filed before that date.

**IT IS SO ORDERED.**

Dated: November 29, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE